**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **CASE NO: 6:98-cr-204-Orl-37DAB**

**KENNETH ANTHONY PAINE, JR.**

---

### ORDER

This cause is before the Court on Mr. Paine's Objection to Sentence (Doc. 90), filed May 1, 2014.

Defendant has lodged an "objection" to the sentence that expresses dissatisfaction with the special conditions of substance abuse treatment and community service. However, Defendant cites no authority for his objection. He neither suggests that there was any technical error to be remedied under Federal Rule of Criminal Procedure 35(a), nor does he submit any reasons why the sentence is allegedly substantively unreasonable given the Court's consideration of the 18 U.S.C. § 3553(a) factors.

Therefore, the objection is due to be overruled; to the extent that it is presented as a motion seeking to alter or amend the judgment, it is due to be denied. Once Defendant has a demonstrated track record of compliance with the conditions of his supervised release, he is free to move the Court to modify the special conditions imposed. *See* Fed. R. Crim P. 32.1(c).

Accordingly, it is **ORDERED AND ADJUDGED** that Mr. Paine's Objection to Sentence (Doc. 90) is **DENIED**, and his objection to the sentence imposed on April 28, 2014, is **OVERRULED**. Defendant may proceed with an appeal if he so chooses.

**DONE AND ORDERED** at Orlando, Florida, this 2nd day of May, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record